**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08 C 4507 |
|---|---|

VASILE ZVUNCA, et al.
v.
MOTOR COACH INDUSTRIES INTERNATIONAL, INC., et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

CLANCY & STEVENS and JEANINE L. STEVENS

| NAME (Type or print) |
|---|
| Warren Lupel |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ *Warren Lupel* |
| FIRM |
| Lupel Weininger LLP |
| STREET ADDRESS |
| 30 N. LaSalle St., Suite 3520 |
| CITY/STATE/ZIP |
| Chicago, IL  60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 1708872 | (312) 260-7700 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X] | NO [ ] |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ] | NO [X] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X] | NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X] | NO [ ] |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL [ ]    APPOINTED COUNSEL [ ]

## **CERTIFICATE OF SERVICE**

  Under penalties as provided pursuant to 28 U.S.C. § 1746, the undersigned certifies that on August 15, 2008, she caused a copy of attached Appearance, to be served on:

(i)  the Filing Users listed below pursuant to ECF:

    David A. Novoselsky
    Novoselsky Law Offices
    120 N. LaSalle St., Suite 1400
    Chicago, IL  60602

(ii)  the party who is not a Filing User listed below pursuant to LR 5.5 by depositing a copy of same with proper postage prepaid in the U.S. Mail at 30 N. LaSalle St., Chicago, Illinois before 5:00 p.m. on _____, 2008:

    **None**


                       /s/ *Christine Potter*