IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VASILE ZVUNCA, et al., <br><br>　　　　　　　Plaintiffs, <br><br>　v. <br><br>MOTOR COACH INDUSTRIES INTERNATIONAL, INC., et al. <br><br>　　　　　　　Defendants. | No. 08 C 4507 <br><br> Judge Harry D. Leinenweber <br> Magistrate Judge Jeffrey Cole |

**MOTION TO DISMISS PURSUANT TO RULE 12(b)(1)**

Defendants, Clancy & Stevens and Jeanine L. Stevens, by their attorneys, pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, hereby move to dismiss this action. In support of this motion, Clancy & Stevens and Jeanine L. Stevens submit a supporting memorandum of law.

WHEREFORE, Clancy & Stevens and Jeanine L. Stevens request that this Court enter an order dismissing the Complaint.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　CLANCY & STEVENS and
　　　　　　　　　　　　　　　　　　JEANINE L. STEVENS


　　　　　　　　　　　　　　　　　　By: /s/ *David A. Eide*
　　　　　　　　　　　　　　　　　　　　　One of Its Attorneys

Warren Lupel (#1708872)
David A. Eide (#6199184)
Lupel Weininger LLP
30 North LaSalle Street, Suite 3520
Chicago, Illinois 60602
(312) 260-7700

12395

-2-

Dated: August 15, 2008