IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTER DIVISION

| | |
|---|---|
| VASILE ZVUNCA, et al.  )  <br>  )  <br>  Plaintiffs,  )  <br>  )  <br>  v.  )  <br>  )  <br>  MOTOR COACH INDUSTRIES  )  <br>  INTERNATIONAL, INC., et al.  )  <br>  )  <br>  Defendants.  ) | No. 08-cv-03018  <br>  <br>  Hon. Harry D. Leinenweber  <br>  Magistrate Judge Jeffrey Cole |

**NOTICE OF MOTION**

TO:   See Attached Certificate Of Service

PLEASE TAKE NOTICE that on the 20th day of August, 2008, at 9:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Harry D. Leinenweber in Courtroom 1941 of the United States District Court for the Northern District of Illinois, Eastern Division, at 219 South Dearborn Street, Chicago, Illinois and then and there present Defendants Clancy & Stevens and Jeanine L. Stevens' Motion to Dismiss.

CLANCY & STEVENS and
JEANINE L. STEVENS


By:   /s/ *David A. Eide*
       One of Its Attorneys

Warren Lupel (#1708872)
David A. Eide (#6199184)
Lupel Weininger LLP
30 N. LaSalle St.
Suite 3520
Chicago, IL  60602
(312) 260-7700

12466

**CERTIFICATE OF SERVICE**

  Under penalties as provided pursuant to 28 U.S.C. § 1746, the undersigned certifies that on August 15, 2008, she caused a copy of this Notice and attached Motion and Memorandum in Support, to be served on:

 (i)  the Filing Users listed below pursuant to ECF:

    David A. Novoselsky
    Novoselsky Law Offices
    120 N. LaSalle St., Suite 1400
    Chicago, IL  60602

 (ii)  the party who is not a Filing User listed below pursuant to LR 5.5 by depositing a copy of same with proper postage prepaid in the U.S. Mail at 30 N. LaSalle St., Chicago, Illinois before 5:00 p.m. on _____, 2008:

    **None**

                */s/ Christine Potter*

12466

2