IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VASILE ZVUNCA and MARIA ZVUNCA, Individually and as Parents and Next Friend of a Minor, CRISTINA ZVUNCA, <br><br> Plaintiffs, <br><br> v. <br><br> MOTOR COACH INDUSTRIES INTERNATIONAL, INC., a Delaware corporation, GREYHOUND LINES, INC., a Delaware corporation, WESLEY JAY TATUM, CLANCY & STEVENS, an Organization for the Practice of Law organized under Illinois law, JEANINE L. STEVENS, MARINA E. AMMENDOLA, and F. JOHN CUSHING, <br><br> Defendants. | No. 08 C 4507 <br><br> Judge Harry D. Leinenweber <br> Magistrate Judge Jeffrey Cole |

### NOTICE OF MOTION

To:   Warren Lupel
      David A. Eide
      Lupel Weininger LLP
      30 N. LaSalle St., Suite 3520
      Chicago, IL 60602-3334
      (312) 260-7716
      (312) 260-7701 (fax)

   PLEASE TAKE NOTICE that on Thursday, August 21, 2008, at 9:30 a.m., we shall appear before the Honorable Judge Harry D. Leinenweber, in Courtroom 1941 of the Dirksen Federal Building, or before any other judge sitting in his stead, and shall then and there present Plaintiff's Motion to for Leave to File an Amended Complaint, a true and correct copy of which is attached hereto and herewith served upon you.

                                    Respectfully submitted,

                                    By:  /s/ *JAMES J AYRES*
                                         One of Plaintiff's Attorneys

David A. Novoselsky (ARDC #02069881)

James J. Ayres (ARDC #6186604)
NOVOSELSKY LAW OFFICES
120 North LaSalle, Suite 1400
Chicago, Illinois 60602
(312) 346-8930

## CERTIFICATE OF SERVICE

      I, James J. Ayres, an attorney, hereby certify that I served a copy of the foregoing Notice of Motion and documents referred to therein to all parties listed above electronically on August 19, 2008, pursuant to ECF as to Filing Users and in compliance with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

      Respectfully submitted,

      By: /s/ *James J. Ayres*
           One of Plaintiff's Attorneys

David A. Novoselsky (ARDC #02069881)
James J. Ayres (ARDC #6186604)
NOVOSELSKY LAW OFFICES
120 North LaSalle, Suite 1400
Chicago, Illinois 60602