UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Vasile Zvunca, et al.
            Plaintiff,

v.                   Case No.: 1:08−cv−04507

                   Honorable Harry D. Leinenweber

Motor Coach Industries International, Inc., et al.
            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 20, 2008:

  MINUTE entry before the Honorable Harry D. Leinenweber:Defendants Clancy & Stevens, Jeanine L. Stevens motion to dismiss [9] pursuant to Rule 12(b)(1) is withdrawn without prejudice. Plaintiff's motion for leave to file amended complaint [13] is granted. The amended complaint shall be filed as a separate document and not as an attachment. Defendant to answer or otherwise plead to plaintiffs complaint by 9/17/2008. Motion hearing held on motions [9], [13]. Advised in open court notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.