# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                                 Case Number: 08 C 4507

Vasile Zvunca and Maria Zvunca, Individually and as Parents and Next Friend of a Minor, Cristina Zvunca, and Cristina Zvunca, a Minor,
vs.
Marina E. Ammendola, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
DEFENDANT MARINA E. AMMENDOLA.

| NAME (Type or print) |
| --- |
| Daniel E. Tranen |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Daniel E. Tranen |
| FIRM |
| Wilson, Elser, Moskowitz, Edelman & Dicker, LLP |
| STREET ADDRESS |
| 120 North LaSalle Street, 26th Floor |
| CITY/STATE/ZIP |
| Chicago, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6244878 | 312-704-0550 |

| | YES | NO |
| --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐