U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| In the Matter of | Case Number: 08 C 4507 |
| Vasile Zvunca and Maria Zvunca, Individually and as Parents and Next Friend of a Minor, Cristina Zvunca, and Cristina Zvunca, a Minor, | |
| vs. | |
| Marina E. Ammendola, et al. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

DEFENDANT MARINA E. AMMENDOLA.

---

| NAME (Type or print) |
|---|
| Katharine H. Hosty |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Katharine H. Hosty |

| FIRM |
|---|
| Wilson, Elser, Moskowitz, Edelman & Dicker, LLP |

| STREET ADDRESS |
|---|
| 120 North LaSalle Street, 26th Floor |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6288255 | 312-704-0550 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |