U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| VASILE ZVUNCA, et al. v. MOTOR COACH INDUSTRIES] INTERNATIONAL, INC., et al. | 08 CV 4507 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

F. JOHN CUSHING

| | |
|---|---|
| NAME (Type or print) | Stephanie A. Sauve |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ *Stephanie A. Sauve* |
| FIRM | Williams Mongtgomery & John Ltd. |
| STREET ADDRESS | 20 North Wacker Drive, Suite 2100 |
| CITY/STATE/ZIP | Chicago, Illinois 60606 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6279400 | TELEPHONE NUMBER  (312) 443-3878 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☒   APPOINTED COUNSEL ☐ | |