IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VASILE ZVUNCA and MARIA ZVUNCA, Individually and as Parents and Next Friend of a Minor, CRISTINA ZVUNCA, and CRISTINA ZVUNCA, a Minor,<br>　　　　　　　　　　Plaintiff,<br>v.<br><br>MOTOR COACH INDUSTRIES INTERNATIONAL, INC., a Delaware corporation, GREYHOUND LINES, INC., a Delaware corporation, WESLEY JAY TATUM, CLANCY & STEVENS, an Organization for the Practice of Law organized under Illinois law, JEANINE L. STEVENS, MARINA E. AMMENDOLA, and F. JOHN CUSHING,<br>　　　　　　　　　　Defendants. | Case No.   08 CV 4507<br><br>The Honorable Harry D. Leinenweber<br>Magistrate Judge Jeffrey Cole |

### NOTICE OF FILING

TO:　David A. Novoselsky
　　　James J. Ayres
　　　Novoselsky Law Offices
　　　120 N. LaSalle St., Suite 1400
　　　Chicago, Illinois 60602

　　　PLEASE TAKE NOTICE that on August 22, 2008, the we electronically filed with the Clerk of the United States District Court of Illinois, Eastern Division, the *APPEARANCES OF MICHAEL C. BRUCK AND STEPHANIE A. SAUVÉ,* copies of which are attached and hereby served upon you.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　By:　　*/s/ Stephanie A. Sauvé*
　　　　　　　　　　　　　　　　　　　One of the Attorneys for F. John Cushing

Michael C. Bruck (ARDC #06199276)
Stephanie A. Sauvé (ARDC #6279400)
Williams Montgomery & John Ltd.
20 N. Wacker Dr., Suite 2100
Chicago, Illinois 60606
(312) 443-3200

## CERTIFICATE OF SERVICE

I, Carolyn A. Meyn, a non-attorney, under penalty of perjury under the laws of the United States of America hereby certify that on August 22, 2008 I electronically filed this ***NOTICE OF FILING*** and ***APPEARANCES OF MICHAEL C. BRUCK AND STEPHANIE A. SAUVÉ,*** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

David A. Novoselsky
James J. Ayres
Novoselsky Law Offices
120 N. LaSalle St., Suite 1400
Chicago, Illinois 60602


      */s/ Carolyn A. Meyn*
      Carolyn A. Meyn

Document #: 783755