IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VASILE ZVUNCA and MARIA ZVUNCA, Individually and as Parents and Next Friend of a Minor, CRISTINA ZVUNCA,<br><br>Plaintiffs,<br><br>v.<br><br>MOTOR COACH INDUSTRIES INTERNATIONAL, INC., a Delaware corporation, GREYHOUND LINES, INC., a Delaware corporation, WESLEY JAY TATUM, CLANCY & STEVENS, an Organization for the Practice of Law organized under Illinois law, JEANINE L. STEVENS, MARINA E. AMMENDOLA, and F. JOHN CUSHING,<br><br>Defendants. | No. 08 C 4507<br><br>Judge Harry D. Leinenweber<br>Magistrate Judge Jeffrey Cole |

## NOTICE OF FILING

To:  Warren Lupel  Michael C. Bruck (ARDC #06199276)
    David A. Eide  Stephanie A. Sauve (ARDC #6279400)
    Lupel Weininger LLP  Williams Montgomery & John Ltd.
    30 N. LaSalle St., Suite 3520  20 N. Wacker Dr., Suite 2100
    Chicago, IL 60602-3334  Chicago, Illinois 60606
    (312) 260-7716  (312) 443-3200
    (312) 260-7701 (fax)

Katharine Hosty
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
120 N. LaSalle 26th Floor
Chicago, IL 60602
(312) 704-0550

PLEASE TAKE NOTICE that on August 25, 2008, we filed Waiver of Service of Summons by Motor Coach Industries Int'l, Inc. with the Clerk of the United States District

Court, Northern District of Illinois, Eastern Division at 219 South Dearborn Street, Chicago, Illinois 60604, a copy of which is attached and hereby served upon you.

Respectfully submitted,

By: /s/ *James J. Ayres*
        One of Plaintiff's Attorneys

David A. Novoselsky (ARDC #02069881)
James J. Ayres (ARDC #6186604)
NOVOSELSKY LAW OFFICES
120 North LaSalle, Suite 1400
Chicago, Illinois 60602
(312) 346-8930

## CERTIFICATE OF SERVICE

    I, James J. Ayres, an attorney, hereby certify that I served a copy of the foregoing Notice of Filing and documents referred to therein to all parties listed above electronically on August 25, 2008, pursuant to ECF as to Filing Users and in compliance with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

Respectfully submitted,

By: /s/ *James J. Ayres*
        One of Plaintiff's Attorneys

David A. Novoselsky (ARDC #02069881)
James J. Ayres (ARDC #6186604)
NOVOSELSKY LAW OFFICES
120 North LaSalle, Suite 1400
Chicago, Illinois 60602