IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VASILE ZVUNCA, et al.,<br><br>            Plaintiffs,<br><br>v.<br><br>MOTOR COACH INDUSTRIES<br>INTERNATIONAL, INC., et al.<br><br>            Defendants. | No. 08 C 4507<br><br>Judge Harry D. Leinenweber<br>Magistrate Judge Jeffrey Cole |

**MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)**

Defendants, Clancy & Stevens and Jeanine L. Stevens, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, move for the entry of an order dismissing the Amended Complaint as to Clancy & Stevens and Jeanine L. Stevens for failure to state a claim upon which relief can be granted. In support of this motion, the movants submit a supporting memorandum of law.

Respectfully submitted,

CLANCY & STEVENS and
JEANINE L. STEVENS


By: /s/ *David A. Eide*
       One of Their Attorneys

Warren Lupel (#1708872)
David A. Eide (#6199184)
Lupel Weininger LLP
30 North LaSalle Street, Suite 3520
Chicago, Illinois 60602
(312) 260-7700

Dated:  August 29, 2008

12649