

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4507 | **DATE** | 9/2/2008 |
| **CASE TITLE** | Vasile Zvunca, et al vs. Motor Coach Industries, et al | | |

**DOCKET ENTRY TEXT**

Enter Agreed Order Enlarging Time to 9/17/2008 for Defendant F. John Cushing to respond to plaintiffs' amended complaint.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

Courtroom Deputy Initials    WAP

08C4507 Vasile Zvunca, et al vs. Motor Coach Industries, et al

Page 1 of 1