

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VASILE ZVUNCA and MARIA ZVUNCA, Individually and as Parents and Next Friend of a Minor, CRISTINA ZVUNCA, and CRISTINA ZVUNCA, a Minor,<br><br>Plaintiff,<br><br>v.<br><br>MOTOR COACH INDUSTRIES INTERNATIONAL, INC., a Delaware corporation, GREYHOUND LINES, INC., a Delaware corporation, WESLEY JAY TATUM, CLANCY & STEVENS, an Organization for the Practice of Law organized under Illinois law, JEANINE L. STEVENS, MARINA E. AMMENDOLA, and F. JOHN CUSHING,<br><br>Defendants. | Case No. 08 CV 4507<br><br>The Honorable Harry D. Leinenweber<br>Magistrate Judge Jeffrey Cole |

### AGREED ORDER ENLARGING TIME FOR DEFENDANT F. JOHN CUSHING TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT

THIS MATTER coming before the Court on the agreement of the Plaintiffs and Defendant F. John Cushing, through their respective counsel, to enlarge the time for Defendant F. John Cushing to respond to Plaintiffs' Amended Complaint [*Dkt.* 16], and the court being fully advised in the premises:

IT IS HEREBY ORDERED that:

1. To the extent that the Court's August 20, 2008 order [*Dkt.* 15] did not enlarge time for Defendant Cushing to respond to Plaintiff's Amended Complaint, Defendant F. John

Cushing's time to respond to Plaintiffs' Amended Complaint is enlarged through and including September 17, 2008.

Dated: 9/2/08, 2008

ENTERED:

By: _____
The Honorable Harry D. Leinenweber

Prepared by:
Michael C. Bruck (ARDC #06199276)
Stephanie A. Sauvé (ARDC #6279400)
Williams Montgomery & John Ltd.
20 North Wacker Drive
Suite 2100
Chicago, Illinois 60606
(312) 443-3200