# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Harry D. Leinenweber | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4507 | **DATE** | 9/3/2008 |
| **CASE TITLE** | Vasile Zvunca, et al vs. Motor Coach Industries, et al | | |

**DOCKET ENTRY TEXT**

The motions to dismiss are entered and continued to 10/8/2008. Status hearing set for 10/8/2008 at 9:00 a.m. Plaintiffs' oral motion to voluntarily dismiss Count 9 is granted.

Docketing to mail notices.

00:20

| | Courtroom Deputy Initials: | WAP |
|---|---|---|