AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
Eastern Division

United States of America          **JUDGMENT IN A CIVIL CASE**

    v.          Case Number: 08 C 4507

Motor Coach Industries Intl

☐      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■      Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed for want of prosecution, plaintiff having failed to comply with Court's order dated 10/13/2009.

                                         Michael W. Dobbins, Clerk of Court

Date: 10/22/2009                        _____
                                               /s/ Wanda A. Parker, Deputy Clerk